# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | PO 25-5060-M-KLD |
| Plaintiff, | VIOLATION: F06I004Q |
| vs. | Location Code: M10 |
| CURTIS J. DEAR, | ORDER |
| Defendant. | |

Based upon the United States' motion to accept the defendant's payment of a $150 fine and $30 processing fee for the violation FBDW00JM (for a total of $180), and for good cause shown, **IT IS ORDERED** that the $180 fine paid by the defendant is accepted as a full adjudication of violation F06I004Q.

**IT IS FURTHER ORDERED** that all court proceedings and outstanding warrants are VACATED.

DATED this 21st day of April 2026.

Kathleen DeSoto
United States Magistrate Judge